IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal No. 09-20048 |
| Plaintiff ) | |
| vs. ) | |
| JERRY WAYNE STEWART ) | 18 USC § 2422(b) |
| Defendant ) | |

# INDICTMENT

**THE GRAND JURY CHARGES:**

RECEIVED
FEB 1 7 2009
United States District Court
Western Tennessee

## COUNT 1

Between on or about April 16, 2008 and on or about November 16 2008, in the Western District of Tennessee, and elsewhere, the defendant,

------------------------------- JERRY WAYNE STEWART -------------------------------

knowingly used, and cause to be used, a facility and means of interstate commerce, that is, a combined computer/telephone system, using interstate "Internet instant messages", over an interstate telephone system, to knowingly attempt to persuade, induce, entice, and coerce a 14 year old minor female to engage in a sexual activity, that is, sexual intercourse, masturbation, and oral sex; such sexual activity then constituting a

prosecutable criminal offense under Ohio Penal Code Section 2907.04; All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

s/Grand Jury Foreperson
FOREPERSON

[signature]
Asst. UNITED STATES ATTORNEY

2-17-2009
DATE